Case 2:05-cv-06428-MLCF   Document 17   Filed 09/16/08   Page 1 of 1



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 16 2008
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRIS BARNES** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-6428** |
| **N. BURL CAIN, WARDEN** | * | **SECTION: "F"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Chris Barnes for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 15th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____